UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

RONALD AND KELLY SHAW,                    :
                                          :
          Plaintiffs,                     :
                                          :
v.                                        :     Case No. 2:23-cv-634
                                          :
ACADIA INSURANCE COMPANY,                 :
                                          :
          Defendant.                      :

**OPINION AND ORDER**

Plaintiffs Ronald and Kelly Shaw ("Plaintiffs" or "the Shaws") bring this action against Acadia Insurance Company ("Acadia") claiming that Acadia breached its contractual obligation to fairly compensate Ronald Shaw for injuries suffered in a car accident.  Plaintiffs also claim that Acadia breached its contractual duty of good faith and fair dealing by, among other things, failing to adequately investigate Shaw's injuries and make a reasonable settlement offer.

Pending before the Court is the Shaws' second motion to compel.  The motion requests (1) leave to conduct a second Rule 30(b)(6) deposition of Matt Stopa, (2) an order compelling additional discovery related to Acadia's alleged withholding of information regarding Mr. Shaw's claim in 2003, and (3) an order compelling information related to defense counsel's activities while allegedly acting as the claims adjuster.  Because the Shaws obtained additional information after the Court's ruling

on their first motion to compel, the motion for leave to take a second deposition of Mr. Stopa is **granted**.  The second motion to compel (ECF No. 72) is otherwise **denied**.  The parties shall bear their own fees and expenses with respect to the motion.

DATED at Burlington, in the District of Vermont, this 3rd day of February, 2025.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge

2